WIGGINS v. WIGGINS.

BECK, J. The judgment of the court below will not be disturbed, it not appearing that the court abused its discretion in the allowance of temporary alimony and attorney's fees.

*Judgment affirmed. All the Justices concur.*

Submitted May 4,—Decided November 10, 1909.

Temporary alimony. Before Judge Littlejohn. Schley superior court. February 6, 1909.

*W. W. Dykes,* for plaintiff in error.